IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THE MAIDS INTERNATIONAL, LLC,

Plaintiff,

vs.

GOSTAR INTERNATIONAL GROUP USA
LLC, HONGTAO XU, and CHUNYI WANG,

Defendants.

8:25CV660

ORDER TO SHOW CAUSE

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Despite being previously advised of this defect, see Filing No. 11, Plaintiff has not filed a return of service indicating service on Defendants, and Defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until June 9, 2026 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 26th day of May, 2026.

BY THE COURT:

_s/ Jacqueline M. DeLuca_
United States Magistrate Judge